## UNITED STATES *v.* POLLARD.
## UNITED STATES *v.* KOHN.
## UNITED STATES *v.* STANTON.

**APPEALS FROM THE COURT OF CLAIMS.**

Nos. 391, 359, 390. Argued February 8, 9, 10, 1870. — Decided February 28, 1870.

Affirmed on the authority of *United States* v. *Anderson,* 9 Wall. 56.

THE case is stated in the opinion.

MR. JUSTICE DAVIS delivered the opinion of the court.

There are no material points of difference between these cases and the case of *The United States* v. *Anderson,* 9 Wall. 56, decided at this term, and the views presented in that case dispose of these.

The judgment of the Court of Claims in each of the above-named cases is *Affirmed,*

*Mr. Attorney General* and *Mr. R. S. Hale* for appellant.

*Mr. A. G. Riddle* for Pollard, *Mr. J. A. Wills* for Kohn, and *Mr. George Taylor* for Stanton.